

| GEORGIA M. PESTANA<br>*Acting Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | Katherine J. Weall<br>*Senior Counsel*<br>phone: (212) 356-5055<br>fax: (212) 356-3509<br>kweall@law.nyc.gov |
|---|---|---|

September 24, 2019

Honorable Sanket J. Bulsara (BY ECF)
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Ada Santos v. City of New York et al.
      19-cv-1991 (PKC) (SJB)

Your Honor:

  I represent defendants The City of New York and P.O. Peter Mueller in the above-referenced matter. I am writing to respectfully request an adjournment of the settlement conference scheduled for January 9, 2020 at 10:30 a.m. because it conflicts with a previously-scheduled conference in Aloe v. The City of New York et al., 18-civ-6090 (VSB), pending in the Southern District that is scheduled to start at 11:00 a.m. that I am required to attend. This is defendants' first request for an adjournment of the settlement conference. Counsel for co-defendants, Charles O'Bryan, Esq. and Mark Lefkowitz, Esq., both consent to this request. Plaintiff's counsel, Rose M. Weber, Esq., consents to this request only if the conference can be scheduled for later the same day or earlier the same week, as she has trial preparation the following week.

  All of the parties are available on Monday, January 6 or Tuesday, January 7; on Wednesday, January 8 after 12 p.m.; and on Thursday, January 9, 2020 after 1:30 p.m.

               Respectfully submitted,

               Katherine J. Weall

cc: Rose M. Weber (By ECF)
   *Attorney for Plaintiff*
   Mark David Lefkowitz (By ECF)
   *Attorney for Defendant Multifamily Management Services, LLC*
   Charles E. O'Bryan (By ECF)
   *Attorney for Defendants Vitus Group, Arco Management Corp., and Leon McCoy*