# ROSE M. WEBER
ATTORNEY AT LAW
30 VESEY STREET • SUITE 1801
NEW YORK, NEW YORK 10007

(917) 415-5363

March 6, 2020

**BY ECF**
Honorable Sanket J. Bulsara
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Ada Santos v. City of New York, et al.*, 19 CV 1991 (PKC) (SJB)

Your Honor:

The parties in the above-mentioned matter write to advise the Court that we have reached a settlement in principle and will be submitting the appropriate documents to the Court as soon as they are drafted and executed. Accordingly, the parties respectfully request that the status conference currently set for this coming Tuesday (March 10th) be adjourned *sine die*.

Thank you for your consideration of this request.

Very truly yours,

/s

Rose M. Weber (RW 0515)

cc:     Katherine J. Weall, Esq. (by ECF)
        Charles E. O'Bryan, Esq. (by ECF)
        Mark D. Lefkowitz, Esq. (by ECF)